# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JEFFREY J. RUSTHOVEN, | Civil No. 07-3154 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| TCF NATIONAL BANK, | |
| Defendant. | |

_____

Brendan Tupa, **ENTREPRENEURS & FREE MARKETS, PLC,** 701 Fourth Avenue, Suite 500, Minneapolis, MN 55415; Ryan Kaess, **KAESS AND ASSOCIATES**, 106 West Water Street, Fourth Floor, St. Paul, MN 55107**,** for plaintiff.

William F. Mohrman, **MOHRMAN & KAARDAL,** 33 South Sixth Street, Suite 4100, Minneapolis, MN 55402, defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED:  October 22, 2009
at Minneapolis, Minnesota.

                      s/John R. Tunheim
                      JOHN R. TUNHEIM
                     United States District Judge